FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC -4 2024

RICK WARREN
COURT CLERK
109_____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA**

ROBIN ROBERSON, )
)
Plaintiff, )
)
v. )
)
STATE FARM FIRE AND CASUALTY ) Case No. CJ-2024-3950
COMPANY, GREG AYRES, and ELIZABETH )
RHODES, )
)
Defendants. )

## JOURNAL ENTRY

This matter came on for hearing on November 1, 2024, on the following Motions:

(1) Defendant State Farm Fire and Casualty Company's Motion for Partial Summary Judgment on Plaintiff's Auto Claims;

(2) Defendant Greg Ayers's Motion for Partial Summary Disposition of Plaintiff's Pre-Coverage Inspection and Illusory Earthquake Coverage Claims;

(3) Defendant State Farm Fire and Casualty Company's Motion for Severance of Misjoined Defendant Elizabeth Rhodes and All Plaintiff's Auto Claims or, Alternatively, For A Separate Trial of Plaintiff's Auto Claims; and

(4) Plaintiff Robin Roberson's Motion to Amend to Add Additional Parties[1].

Defendants, State Farm Fire and Casualty Company and Greg Ayers, appeared by and through their counsel of record, Lance E. Leffel of GableGotwals; and Plaintiff, Robin Roberson appeared by and through her counsel of record, Matthew C. Kane of Ryan Whaley, PLLC. Defendant Elizabeth Rhodes appeared by and through her counsel of record, Austin Hilterbran. Having read the parties' briefing and heard the argument of Counsel, the Court adjudicates the Motions as follows:

---

[1] Defendant State Farm Fire and Casualty also filed a motion to stay discovery relating to the auto claim. This motion was withdrawn by counsel for State Farm as MOOT.

EXHIBIT

**8**

(1) The Court finds Defendant State Farm Fire and Casualty Company's Motion for Partial Summary Judgment on Plaintiff's Auto Claims should be and is hereby GRANTED;

(2) The Court finds Defendant Greg Ayres's Motion for Partial Summary Disposition of Plaintiff's Pre-Coverage Inspection and Illusory Earthquake Coverage Claims should be and is hereby GRANTED;

(3) The Court finds Defendant State Farm Fire and Casualty Company's Motion for Severance of Misjoined Defendant Elizabeth Rhodes and All Plaintiff's Auto Claims or, Alternatively, For A Separate Trial of Plaintiff's Auto Claims should be and is hereby GRANTED, on Defendant's request to sever Defendant Elizabeth Rhodes and all of Plaintiff's automobile related claims. Considering the granted severance, the Court need not rule on the alternative request for a separate trial of Plaintiff's Auto related claims.

The Court directs the Court Clerk to assign a separate case number for the severed claims and will retain jurisdiction of the newly severed case. State Farm Mutual Automobile Insurance Company will be substituted for State Farm Fire and Casualty Company.

(4) Plaintiff Robin Roberson's Motion to Amend to Add Additional Parties is denied as MOOT based on the above rulings.

IT IS SO ORDERED this 3 day of Dec 2024.

_____ C BRENT DISHMAN
HONORABLE JUDGE BRENT DISHMAN
JUDGE OF THE DISTRICT COURT

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

DEC - 4 2024

RICK WARREN COURT CLERK
Oklahoma County

C BRENT DISHMAN



**Approved as to Form:**

Lance E. Leffel, OBA No. 19511
Ashlyn M. Smith, OBA No. 34025
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com
asmith@gablelaw.com
Telephone: 405. 235.5500
Facsimile: 405.235.2875

*Counsel for Defendants, State Farm Fire
and Casualty Company, and Greg Ayres*

Susan F. Kane, OBA No.: 19455
KANE ADVOCATES
14 NE 13ᵗʰ Street
Oklahoma City, OK 73104
PH: 405-438-4357
skane@kaneadvocates.com

Gerard F. Pignato, OBA No.: 11473
Matthew C. Kane, OBA No.: 19502
RYAN WHALEY, PLLC.
400 North Walnut Ave.
Oklahoma City, OK 73104
PH: 405-239-6040
FAX: 405-239-6766
jerry@ryanwhaley.com
mkane@ryanwhaley.com

*Attorneys for Plaintiff*

Austin Hilterbran OBA#33533
7350 N Dobson Rd Unit 103
Scottsdale, AZ 85256

*Attorney for Defendant Rhodes*