UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE REFERRAL CENTER FOR ALCOHOL AND DRUG SERVICES OF CENTRAL OKLAHOMA, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. CIV-25-717-R |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Renewed Motion for Remand [Doc. No. 27], to which Defendant did not respond. "Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed." LCvR7.1(g). The Court previously granted Plaintiff's Motion for Leave to File First Amended Complaint [Doc. No. 19], allowing Plaintiff to join non-diverse Defendants Michael Pruitt and Ezra Engineering, PLLC [Doc. No. 24]. In its Order, the Court indicated that upon Plaintiff filing its First Amended Complaint, it would remand the case to state court because diversity jurisdiction would be destroyed. *See Gibson v. Welch*, No. CIV-17-1189-M, 2018 WL 2601178, at *3 n.2 (W.D. Okla. Apr. 10, 2018).

The joinder of the non-diverse Defendants deprives this Court of subject matter jurisdiction over the matter. Accordingly, this matter is REMANDED to the District Court of Oklahoma County.

1

IT IS SO ORDERED this 15th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE